**No. 61083.**—Dreyfus, Ashby & Co., Inc. *v.* United States, protest 284329–K (New York).

Opinion by Johnson, J.   It was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that case Nos. 2975, 2977, 2978, 2979, and 3081, reported by the inspector as manifested, not found, were not in fact received by the importer.   In accordance with stipulation of counsel and following the ·decision cited it was held that duty and internal revenue tax are not assessable upon the cases of liqueurs reported by the inspector as manifested, not found.   The protest was sustained to this extent.

**No. 61084.**—Samuel Shapiro & Co., Inc. *v.* United States, protests 244989–K and 244991–K (Baltimore).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C. D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos in each shipment, as set forth in the respective invoices in question.

**No. 61085.**—Samuel Shapiro & Co., Inc. *v.* United States, protest 288547–K (Baltimore).

Opinion by Johnson, J.   In accordance with oral stipulation of counsel that each item should be 3 ounces, instead of 9¾ ounces, as returned, it was held that the merchandise, base parts of lemon slicers, are dutiable at 25 cents per pound and 20 percent ad valorem under paragraph 1539 (b), as modified, *supra*, on the basis of a weight of 3 ounces for each item.